**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROLYN MCCOY,            ) | NO. CV 08-4217 SS |
|                           ) | |
|        Plaintiff,   ) | |
|                           ) | **JUDGMENT** |
|     v.                      ) | |
|                           ) | |
| JO ANNE B. BARNHART,      ) | |
| Commissioner of the Social ) | |
| Security Administration,  ) | |
|                           ) | |
|        Defendant.   ) | |

    IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: June 12, 2009

                                                  _/s/_____
                                                  SUZANNE H. SEGAL
                                                  UNITED STATES MAGISTRATE JUDGE